FILED
IN CLERK'S OFFICE

2025 SEP -5  AM 11: 27

# Clerk Cover Letter

JoNathan David Saint-Surin

1 Washington Mall #1267

Boston, MA 02108

Email: jstsurin1@gmail.com

Phone: (617) 299-5300

Date: 9/1/25

Clerk's Office

United States District Court

District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210

---

Re: Filing of Complaint – Saint-Surin v. Experian Information Solutions, Inc.

Dear Clerk of Court,

Please find enclosed the following documents for filing in the above-referenced matter:

1. Civil Cover Sheet (JS-44)
2. Application to Proceed In Forma Pauperis (AO-239)
3. Complaint and Jury Demand
4. Exhibits Index
5. Exhibits A–G

6. This Cover Letter

I respectfully request that the Clerk:

- File the enclosed Complaint and open a civil case in the District of Massachusetts;
- Submit the In Forma Pauperis application to the Court for review; and
- Upon acceptance, issue a Summons for service on the Defendant, Experian Information Solutions, Inc.

Please return a conformed copy of the filed Complaint and Summons to me at the above mailing address.

Thank you for your assistance.

Respectfully,

Signature: _____

JoNathan David Saint-Surin

Plaintiff, Pro Se