UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JONATHAN DAVID SAINT-SURIN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-12465-ADB |
| | * | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

FINAL ORDER OF DISMISSAL

In accordance with the order dated January 27, 2026, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 1/27/2026          By the Court,

                                        /s/ Karen Folan
                                        Deputy Clerk